UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG BROTT and TINA BROTT | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 3:06-0780 |
| v. | ) Judge Haynes |
| | ) |
| DARREN A. COCKERHAM | ) |
| | ) |
| Defendant. | ) |

### ORDER DISMISSING REMOVAL AND TRANSFERING CASE BACK TO MONTGOMERY COUNTY CIRCUIT COURT

It appears satisfactory to the Court based on the signature of undersigned counsel of the plaintiff and the defendant United States that there is agreement that this matter should be remanded back to the Montgomery County Circuit Court. The parties are in agreement that based upon the evidence as it has been established through discovery, the defendant Darren A. Cockerman was not acting in the scope of his employment at the time of the events described in the plaintiffs' Complaint, and the Certification of the United States Attorney should be rescinded.

ACCORDINGLY, it is hereby Ordered ADJUDGED AND DECREED that the Certification of the U.S. Attorney, previously submitted to this court stating that Defendant Cockerham was acting within the scope of his federal employment, is hereby RESCINDED, and this action is hereby REMANDED to the Montgomery County Circuit Court.

1

So ORDERED this 21st day of February, 2008.

WILLIAM J. HAYNES, JR.
UNITED STATES DISTRICT JUDGE

Approved for Entry:

s/ William L. Aldred, Jr. (w/ permission)
William L. Aldred, Jr.
Attorney for Plaintiff
Aldred Law Office
221 South Second Street
Clarksville, TN 37040
(931)648-9621
TN BPR#006950


s/ Michael L. Roden
Michael L. Roden, B.P.R. # 010595
Assistant U.S. Attorney
A-961 U.S. Courthouse
110 Ninth Avenue South
Nashville, TN 37203
(615)736-2148